UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WINFRED TUTTLE #374487,

    Plaintiff,

v.

File no: 2:08-CV-113

HON. ROBERT HOLMES BELL

JOHN BOYNTON, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. (Dkt. No. 18.) The Report and Recommendation was duly served on the parties. No objections have been filed.

Accordingly, the Report and Recommendation (Dkt. No. 18) is hereby **ADOPTED** as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the motion for summary judgment filed by Defendants Boynton, MacLaren, and Mansfield (Dkt. No. 10) is **DENIED**.

Dated: July 15, 2009            /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE